**Gary B. WILLIAMS, Plaintiff–Appellant,**

v.

**Carl EASON, State Judge, Suffolk Circuit Court, Mr.; Gregory K. Matthews, Attorney at law, Defendants–Appellees.**

No. 14–6684.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Gary Buterra Williams, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Eason*, No. 3:13–cv–00493–HEH, 2014 WL 851994 (E.D.Va. Apr. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*